IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 29, 2008**



_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 08-92616

Attorneys for Secured Creditor,
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CARRIE MARGARET NEIDORF, | Case No.: 2:08-bk-08600-RJH |
| Debtor(s). | |
| COUNTRYWIDE HOME LOANS, INC., | |
| Movant, | |
| vs. | |
| CARRIE MARGARET NEIDORF, Debtor; ROBERT A. MACKENZIE, Trustee, | |
| Respondents. | |

## ORDER TERMINATING THE AUTOMATIC STAY

The Motion for Relief having been properly served, with no opposition filed herein, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, COUNTRYWIDE HOME LOANS, INC., its assignees and/or successors in interest

1

with respect to the subject Property generally described as 4514 East Robert E. Lee Street, Phoenix, AZ 85032 ("Property" herein) and legally described as follows:

> LOT 46, OF THE IMAGES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED BOOK 332 OF MAPS, PAGE 7.

.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

DATED: September 23, 2008    By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor
COUNTRYWIDE HOME LOANS, INC.

(08-92616/azots.dot/sla)

**GRANTED**

2

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: williamsj          Page 1 of 1            Date Rcvd: Sep 30, 2008
Case: 08-08600                Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Oct 02, 2008.
db           +CARRIE MARGARET NEIDORF,   4514 E ROBERT E LEE ST,   PHOENIX, AZ 85032-1576

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2008**                         **Signature:** _Joseph Speetjens_